IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMARR R. STONE,
:
      Petitioner,
:
   vs.                            Case No. 3:08cv364
:
WARDEN, LEBANON CORRECTIONAL     JUDGE WALTER HERBERT RICE
INSTITUTION,
:
      Respondent.

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #11) IN THEIR ENTIRETY; PETITIONER'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #14) OVERRULED; JUDGMENT TO ENTER IN FAVOR OF RESPONDENT AND AGAINST PETITIONER HEREIN, DENYING AND DISMISSING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS (DOC. #1), WITH PREJUDICE; CERTIFICATE OF APPEALABILITY AND ANTICIPATED REQUEST TO APPEAL *IN FORMA PAUPERIS* DENIED; TERMINATION ENTRY

---

      Based upon the reasoning and citations of authority set forth in the Report and Recommendations of the United States Magistrate Judge, filed August 25, 2009 (Doc. #11), as well as upon a thorough *de novo* review of this Court's file and the applicable law, said Report and Recommendations are adopted in their entirety. Petitioner's Objections to said judicial filing (Doc. #14) are overruled.

Judgment will be ordered entered in favor of Respondent and against Petitioner herein, denying and dismissing the Petitioner's Petition for Writ of Habeas Corpus (Doc. #1), with prejudice. Given that the conclusions reached by this Court are not debatable by jurists of reason, in that Petitioner has failed to make a substantial showing of the denial of a constitutional right, Petitioner is denied a Certificate of Appealability. Given that any appeal from the decision rendered herein would be <u>objectively</u> frivolous, this Court denies Petitioner an anticipated request for leave to appeal *in forma pauperis*.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

/s/ Walter Herbert Rice

March 9, 2010
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Jamarr R. Stone, Pro Se

Jerri Lynne Fosnaught, Esq.